# United States Court of Appeals
## For the First Circuit

No. 04-2079

EFRAT UNGAR ET AL.,

Plaintiffs, Appellees,

v.

THE PALESTINE LIBERATION ORGANIZATION ET AL.,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on March 31, 2005 is corrected as follows:

On page 37, line 24 through page 38, line 1, replace the phrase "an aspirational plan for Palestinian statehood" with the phrase "of a plan for Palestinian statehood — a plan that the United Nations was unable to implement —"

On page 38, line 16, delete the word "hortatory"